IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSTON, ET AL., | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-13-1930 |
| | : |
| D. MINK, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

**ORDER**

February 19, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

  s/ Matthew W. Brann  
Matthew W. Brann
United States District Judge